**Order entered August 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00093-CR

**DAVID HENRY BROOMFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-33325-J**

## ORDER

The Court **REINSTATES** the appeal.

On July 9, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jeffrey Buchwald; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel requested forty-five days from the August 4, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 11, 2015**. Because the brief is already two months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will utilize our available remedies to obtain the brief, which may

include ordering that Jeffrey Buchwald be removed as appointed counsel and that new counsel be appointed to represent appellant on this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3, and to counsel for all parties.


/s/ ADA BROWN
   JUSTICE